UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUVALCABA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CALIFORNIA SUPREME COURT, et al.,<br><br>　　　　Respondents. | Case No. EDCV 10-551 SJO(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed petitioner's "Pro Se Appeal" which the Court construes to be a petition for writ of habeas corpus ("Petition") governed by 28 U.S.C. § 2254, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections. Petitioner is not entitled to the relief he seeks irrespective of whether the Petition is construed to be a petition for writ of habeas corpus governed by 28

1  U.S.C. § 2254, or a motion pursuant to Rule 60(b) of the Federal Rules of Civil
2  Procedure.
3       IT IS HEREBY ORDERED that Judgment be entered denying the Petition
4  and dismissing this action.
5       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
6  United States Magistrate Judge's Report and Recommendation, and the Judgment
7  herein on petitioner and on any counsel for respondents.
8       LET JUDGMENT BE ENTERED ACCORDINGLY.
9            May 17, 2010
10 DATED: _____  *S. James Otero* (signature)
11
12                                 _____
13                                 HONORABLE S. JAMES OTERO
                                   UNITED STATES DISTRICT JUDGE