UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RUVALCABA, | ) | Case No. EDCV 10-551 SJO(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CALIFORNIA SUPREME COURT, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the "Pro Se Appeal," which the Court has construed to be a petition for writ of habeas corpus governed by 28 U.S.C. § 2254, and has alternatively considered as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, is denied and this action is dismissed.

DATED: May 17, 2010

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE